No. 99–1509. GARDNER v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–1532. HARTSEL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–1535. SCHARRINGHAUSEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–1540. WHITE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7188. POLK ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–7316. MENDEZ v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 99–7472. LADD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–7511. STEPHNEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7780. SCOTT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7781. WISNIEWSKI v. CONTI ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7839. CROOK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–8064. CHAIDEZ v. SCRIBNER ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–8076. JOHNSON v. ESSEX COUNTY HOSPITAL CENTER. Super. Ct. N. J., App. Div. Certiorari denied.

No. 99–8088. BOCELLI v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–8092. RILEY v. LOCK, SUPERINTENDENT, CENTRAL MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.